*In re* JOSÉ A. FELICIANO RODRÍGUEZ.

*Número:* TS-3317          *Resuelto:* 18 de junio de 2004

*Roberto J. Sánchez Ramos,* procurador general; *José Fernando Aguayo Díaz,* abogado de José A. Feliciano Rodríguez.

## RESOLUCIÓN

Examinado el Informe presentado por la Comisión de Reputación para el Ejercicio de la Abogacía, *se ordena la reinstalación de José A. Feliciano Rodríguez al ejercicio de la abogacía, efectiva dicha reinstalación al 1ro de julio de 2004.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*